THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Scott Breuer Construction, Inc. and Rosen Simonson Design Center, LLC,

Plaintiffs,

vs.

Brian Stuard and Twin Star Homes, Inc.,

Defendants.

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL**

Court File No. 01-136
ADM/SRN

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that the above-entitled action may be, and the same hereby is, dismissed with prejudice and without further cost to any of the parties hereto.

**IT IS FURTHER STIPULATED AND AGREED** that any party, without notice to another, may cause judgment of dismissal with prejudice to be entered herein.

Dated: December 13, 2001

Cynthia Jokela Moyer (211229)
Robin Preble (271901)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
(612) 347-7000
*Attorneys for Plaintiffs*

JAN 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________
Patrick J. Sauter (95989)
Attorneys for Defendant Twin Star Homes, Inc.
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7982

Dated: Dec 28

Dated: 12/26/01

______________________
David E. Runck (289954)
OPPENHEIMER WOLFF & DONNELLY LLP
3300 Plaza VII
45 South Seventh Street
Minneapolis, Minnesota 55402
(612) 607-7000

AND

George H. Singer (262043)
LINDQUIST & VENNUM P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 371-3211
*Attorneys for Defendant Brian Stuard*

**ORDER FOR DISMISSAL**

Based upon the foregoing Stipulation for Dismissal with Prejudice entered into by the parties and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:**

1. That the above-entitled action is hereby dismissed with prejudice and on the merits without cost to any of the parties hereto;

2. That the Court herein retains jurisdiction over this matter to enforce the parties' settlement agreement as necessary.

Dated: January 7, 2002

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT